United States Court of Appeals
Fifth Circuit

**F I L E D**

**June 30, 2004**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 03-60644
Summary Calendar

_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

TONY TERRELL ARMSTEAD,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 4:02-CR-21-ALL-LS
--------------------

Before JONES, BENAVIDES, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

    Tony Terrell Armstead appeals his conviction for burglary of

the United States Post Office at Rose Hill, Mississippi, in

violation of 18 U.S.C. § 2115.  Armstead argues that the evidence

fails to support his conviction.  Armstead contends that two

Government witnesses implicated him in an attempt to exonerate

themselves and that their testimony was not worthy of belief.

The jury accepted the Government's evidence and rejected

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

Armstead's explanation of events.  We will not disturb that credibility determination.  <u>United States v. Runyan</u>, 290 F.3d 223, 240 (5th Cir.), <u>cert. denied</u>, 537 U.S. 888 (2002).  The evidence supports Armstead's conviction.

AFFIRMED.